UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

PHILLIP GARRETT HUMPHREY,

          Plaintiff,

v.

CAROLYN W. COLVIN,
Commissioner of Social Security,

          Defendant.

No.   CV-11-0350-JPH

JUDGMENT IN A
CIVIL CASE

## DECISION BY THE COURT:

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**.    Judgment is entered for Defendant.

DATED: March 8, 2013

          SEAN F. McAVOY
          Clerk of Court

          By:  *s/Pam Howard*
              Deputy Clerk

1 | **JUDGMENT IN A CIVIL CASE**